IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CRAWFORD WALDRUP, III § <br> § <br> Plaintiff, § <br> § No. 3:11-CV-02705-N (BF) <br> v. § <br> § <br> COMMUNITY WASTE DISPOSAL, § <br> § <br> Defendant. § <br> § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Objections were filed. The District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled.

Defendant's Motion to Dismiss (doc. 7) is **GRANTED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**. Furthermore, Plaintiff's Motion for Settlement Conference Hearing (doc. 15) and Defendant's Motion for Hearing (doc. 20) are both **DENIED** as **MOOT**. Additionally, the Clerk of the Court is instructed to term Defendant's Amended Motion to Dismiss (doc. 13), as the Court considered it a reply instead of a pending motion.

**SO ORDERED** this 9th day of April, 2012.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE