IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CRAWFORD WALDRUP, III § § § Plaintiff, § § v. § § COMMUNITY WASTE DISPOSAL, § § Defendant. § § | No. 3:11-CV-02705-N (BF) |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Objections were filed. The District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled.

Defendant's Motion to Dismiss (doc. 7) is **GRANTED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**. Furthermore, Plaintiff's Motion for Settlement Conference Hearing (doc. 15) and Defendant's Motion for Hearing (doc. 20) are both **DENIED** as **MOOT**. Additionally, the Clerk of the Court is instructed to term Defendant's Amended Motion to Dismiss (doc. 13), as the Court considered it a reply instead of a pending motion.

**SO ORDERED** this 9th day of April, 2012.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE